# Exhibit 1

**District 1**

## Case Summary

**Case No. 2025L007959**

| | | |
|---|---|---|
| Tiffany Sloan -vs- Wal-Mart Stores East LP,Wal-Mart, Inc.,CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.,CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.,Midea Group Co. Ltd. | § § § § § § | Location: **District 1**<br>Judicial Officer: **Calendar, Z**<br>Filed on: **06/23/2025**<br>Cook County Attorney Number: **56079**<br>Cook County Attorney Number: **58012** |

---

### Case Information

Case Type: Product Liabilty - Jury
Case Status: **06/23/2025 Pending**
Case Flags: **Case on Bankruptcy Calendar**

---

### Assignment Information

**Current Case Assignment**
Case Number    2025L007959
Court          District 1
Date Assigned  06/23/2025
Judicial Officer  Calendar, Z

---

### Party Information

*Lead Attorneys*

**Plaintiff**    **Sloan, Tiffany**

**Cesarone, Frank Vincent**
*Retained*
803-447-7178(W)
26E ROLLING OAKS RD
SUGAR GROVE, IL 60554

**Defendant**    **CORELLE BRANDS ACQUISITION HOLDINGS, INC. a/k/a INSTANT BRANDS ACQUISITION HOLDINGS, INC., a/k/a WK ACQUISITION HOLDINGS INC.**

**CORELLE BRANDS LLC f/k/a INSTANT BRANDS, LLC, INSTANT BRANDS, INC., DOUBLE INSIGHT INC.**

**FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.**

**GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.**

**MIDEA AMERICA CORPORATION**

District 1

## Case Summary

**Case No. 2025L007959**

**MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.**

**Midea Group Co. Ltd.**

**Wal-Mart Stores East LP**

**Wal-Mart, Inc.**

**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

---

## Events and Orders of the Court

09/11/2025
Notice Of Filing Filed
*Notice of Filing*
Party:  Defendant Wal-Mart Stores East LP
*Notice of Filing*

09/11/2025
Appearance Filed - Fee Paid -
*Appearance*
Party:  Defendant Wal-Mart Stores East LP
*Appearance*

08/26/2025
Certificate Filed
Party:  Plaintiff Sloan, Tiffany

08/19/2025
*CANCELED* **First Time Case Management**  (9:45 AM)  (Judicial Officer: Saltouros, Stephanie D.)
Resource: Location L2204 Court Room 2204
Resource: Location D1 Richard J Daley Center
*Order of Court*

08/08/2025
Summons Issued And Returnable
*Summons to Corelle Brands*
Party:  Plaintiff Sloan, Tiffany
*Summons to Corelle Brands*

08/08/2025
Summons Issued And Returnable
*Summons to Midea America*
Party:  Plaintiff Sloan, Tiffany
*Summons to Midea America*

07/24/2025
Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
Party:  Plaintiff Sloan, Tiffany

07/24/2025
Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
Party:  Plaintiff Sloan, Tiffany

07/16/2025
Summons Served - Corporation/Company/Business
*Affidavit of Service of Summons on defendant, Wal-Mart Stores East LP*
Party:  Plaintiff Sloan, Tiffany
*Affidavit of Service of Summons on defendant, Wal-Mart Stores East LP*

07/16/2025
Summons Served - Corporation/Company/Business
*Affidavit of Service of Summons on defendant, Wal-Mart, Inc.*
Party:  Plaintiff Sloan, Tiffany
*Affidavit of Service of Summons on defendant, Wal-Mart, Inc.*

07/16/2025
Electronic Notice Sent

District 1

**Case Summary**

**Case No. 2025L007959**

Party:   Plaintiff Sloan, Tiffany
Party 2:   Attorney Cesarone, Frank Vincent

07/16/2025
Electronic Notice Sent
Party:   Plaintiff Sloan, Tiffany
Party 2:   Attorney Cesarone, Frank Vincent

07/11/2025
Summons Issued And Returnable
*Summons to defendant, Wal-Mart Stores East, LP*
Party:   Plaintiff Sloan, Tiffany
*Summons to defendant, Wal-Mart Stores East, LP*

07/11/2025
Summons Issued And Returnable
*Summons to defendant, Wal-Mart, Inc.*
Party:   Plaintiff Sloan, Tiffany
*Summons to defendant, Wal-Mart, Inc.*

07/07/2025
Notice Filed
*Plaintiff's Notice of Stay*
Party:   Plaintiff Sloan, Tiffany
*Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint and Jury Demand*
Party:   Plaintiff Sloan, Tiffany
Party 2:   Attorney Cesarone, Frank Vincent
*Complaint and Jury Demand*

06/23/2025
Exhibits Filed
*Civil Cover Sheet*
Party:   Plaintiff Sloan, Tiffany
Party 2:   Attorney Cesarone, Frank Vincent
*Civil Cover Sheet*